UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONGHUI CHEN, <br><br>      Plaintiff, <br><br>  -against- <br><br> Merrick GARLAND, Attorney General of the United States, et al., <br><br>      Defendants. | 24-CV-5653 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  IT IS HEREBY ORDERED that, within sixty (60) days of service of the summons and complaint, the parties must meet and confer in a good-faith attempt to settle this action. If the parties do not reach a settlement within this timeframe, the parties shall file a joint letter with the Court either: (1) requesting additional time to confer to reach a resolution; or (2) request that the Court proceed with an initial pretrial conference. This letter shall be filed within seventy (70) days of service of the summons and complaint.

Dated: July 29, 2024
   New York, New York

                SO ORDERED.

                */s/ Jessica Clarke*

                JESSICA G. L. CLARKE
                United States District Judge